(8 Misc. Rep. 304.)

### TOOKER et al. v. BOOTH.

(Common Pleas of New York City and County, General Term. May 17, 1894.)

APPEAL—FROM CITY COURT TO COMMON PLEAS—REVIEW OF FACTS.
    An appeal to the court of common pleas from an order of the general term of the city court opening a default will be dismissed, as the decision of the city court is conclusive on the court of common pleas, as to the facts.

Appeal from city court, general term.

Action by Joseph H. Tooker and others against Marion Booth. A default suffered by defendant was opened by the special term of the city court. The order of the special term was reversed by the general term of the city court (27 N. Y. Supp. 974), and defendant appeals. Plaintiffs move to dismiss the appeal. Granted.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

Michael J. Scanlan, for the motion.
Langbein Bros. & Langbein, opposed.

PER CURIAM. This is a motion to dismiss the appeal on the ground that this court has no jurisdiction to entertain it. The special term of the city court made an order opening a default suffered by the appellant, from which an appeal was taken to the general term of that court, where the order of the court below was reversed. The general term of the city court had the undoubted

right to review the facts connected with the default, and its opening, and to reverse, if, in its judgment, it thought proper. But we have repeatedly held that we cannot review the facts in such a case, being in all respects bound by the same conditions which prevail in like cases in the court of appeals. The appeal must therefore be dismissed, with costs.